GERTRUDE ADAMS, Respondent, *v.* EDWARD SURLOCK
et al., Appellants.

HOWARD ADAMS, Respondent, *v.* EDWARD SURLOCK
et al., Appellants.

ELIZABETH G. ADAMS, an Infant, by HOWARD ADAMS, Her
Guardian ad Litem, Respondent, *v.* EDWARD SURLOCK
et al., Appellants.

Argued May 29, 1941; decided July 29, 1941.

*Gilbert R. Hughes* for appellants.

*Willard R. Pratt* and *Merchant B. Hall* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.